No. 40618.—Protests 847723–G, etc., of S. & A. Stern (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

No. 40619.—Protest 970736–G of Minobu Trading Corp. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the brass shells in question were held dutiable at 35 percent under paragraph 353. Abstract 37615 followed.

BEFORE THE FIRST DIVISION, FEBRUARY 10, 1939

No. 40620.—Protest 816351–G of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. The sample consists of a colored cardboard box containing small blocks of wood with rubber tops with the letters of the alphabet and numerals thereon, together with a small metal box containing an ink pad. The court tested the exhibit and endeavored to print therewith and was convinced that its chief use must be to amuse children, the sample being a potent witness for the defendant. *United States* v. *Marshall Field* (19 C. C. P. A. 331, T. D. 45483), *United States* v. *Halle* (20 id. 219, T. D. 45995), and *Sibley* v. *United States* (T. D. 47072) cited. The protest was therefore overruled.

No. 40621.—Protest 935353–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise is similar to that the subject of *Kwong* v. *United States* (T. D. 49409). The trays in question were therefore held dutiable as household or table utensils at 40 percent under paragraph 339 as claimed.

No. 40622.—Protest 957357–G of T. D. Downing Co. (Boston).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40623.—Protest 974808–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Okuda* (T. D. 47713) the plaster-of-paris animals in question were held dutiable at 35 percent under paragraph 205 as claimed.